No. 99–7205. MEDINA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7398. CERVANTES-PEREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7406. WILLIAMS v. CITY OF ATLANTA. C. A. 11th Cir. Certiorari denied.

No. 99–7545. HINTON, AKA BALDWIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7620. KALUNA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7825. SOLIS SOSA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7962. PATEL v. PMA INSURANCE CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–7963. OATES v. ENGLUND ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–7969. PFEIL v. EVERETT, WARDEN. Sup. Ct. Wyo. Certiorari denied.

No. 99–7972. SCHRODER v. BIENVENU ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–7973. SAMUELS v. HENRY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–7974. WORDLAW v. BOWLES, SHERIFF, DALLAS COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–7982. TAYLOR v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–7983. BROADWAY v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 99–7986. CHAE HO LEE v. RAMIREZ-PALMER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.